■ In the Matter of JAH QUAN F. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; YADIRA P., Appellant. (Proceeding No. 1.) In the Matter of TY-LEEK B. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; YADIRA P., Appellant. (Proceeding No. 2.) [4 NYS3d 911]—Appeal from an order of fact-finding of the Family Court, Kings County (Daniel Turbow, J.), dated March 3, 2014. The order, after a hearing, found that the mother neglected the child Jah Quan F. and derivatively neglected the child Ty-Leek B.

Ordered that the order is affirmed, without costs or disbursements.

As the Family Court properly found, the presentment agency established by a preponderance of the evidence that the mother neglected the child Jah Quan F., based on the evidence of her failure to provide proper supervision and guardianship, leading to imminent danger of the child's mental, emotional, or physical well-being becoming impaired (*see* Family Ct Act § 1012 [f] [i] [B]; *Matter of Rosemary V. [Jorge V.]*, 103 AD3d 484 [2013]; *Matter of Sophia P.*, 66 AD3d 908 [2009]; *Matter of Debraun M.*, 34 AD3d 587 [2006]; *Matter of Whitney H.*, 19 AD3d 491, 492 [2005]).

The record supports the Family Court's finding of derivative neglect with respect to the child Ty-Leek B. (*see* Family Ct Act § 1046 [a] [i]; *Matter of Mateo S. [Robin Marie Y.]*, 118 AD3d 891, 893 [2014]; *Matter of Amondie T. [Karen S.]*, 107 AD3d 498, 499 [2013]). Mastro, J.P., Leventhal, Maltese and Duffy, JJ., concur.